TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Christopher Hutchison*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Hutchison, | Case No.: CV-15-02351-PHX-SPL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EDUCATIONAL CREDIT MANAGEMENT CORP., ONLY** |
| Experian Information Solutions, Inc., an Ohio corporation; Educational Credit Management Corp., a foreign corporation and Midland Funding, LLC, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Educational Credit Management Corp., in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant

1

Educational Credit Management Corp., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: November 16, 2016          KENT LAW OFFICES

By: */s/  Trinette G. Kent*
Trinette G. Kent
Attorney for Plaintiff,
Christopher Hutchison