IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Hutchison,<br><br>           Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>           Defendants. | No. CV-15-02351-PHX-SPL<br><br>**ORDER** |

Having considered the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 57) is **granted**;

2. That *Defendant Educational Credit Management Corporation* is **dismissed with prejudice**;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall **terminate** Defendant Educational Credit Management Corporation as a party in this action.

Dated this 14th day of December, 2016.

Honorable Steven P. Logan
United States District Judge