TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Christopher Hutchison*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Hutchison, | Case No.: CV-15-02351-PHX-SPL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT MIDLAND FUNDING, LLC** |
| Experian Information Solutions, Inc., et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Midland Funding, LLC, in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Midland Funding, LLC, only, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1

1  RESPECTFULLY SUBMITTED this 21st day of December, 2016.

2

3                                                      KENT LAW OFFICES

4

5

6                                              By:   /s/   Trinette G. Kent
                                               Trinette G. Kent
7                                              Attorney for Plaintiff,
                                               Christopher Hutchison
8