IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Hutchison,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>　　　　　Defendants. | No. CV-15-02351-PHX-SPL<br><br>**ORDER** |

Having been advised that Plaintiff and the two remaining Defendants in this action had reached a settlement in this case (Docs. 59, 61), the Court directed that unless a stipulation to dismiss was filed, Defendants would be dismissed on January 17, 2017 (Docs. 60, 62). While a stipulation to dismiss has been filed as to Defendant Experian Information Solutions, Inc. (Doc. 63), no request to reset this matter on the Court's calendar or a stipulation to dismiss has been filed as to Defendant Midland Funding, LLC. Therefore, pursuant to the parties' stipulation, and in accordance with the Court's Order,

**IT IS ORDERED:**

1. That the Stipulation (Doc. 63) is **granted;**

2. That Defendants Experian Information Solutions, Inc. and Midland Funding, LLC are **dismissed with prejudice**;

3. That this action is **dismissed with prejudice** in its entirety;

4. That each party shall bear its own costs and attorneys' fees; and

5. That the Clerk of Court shall **terminate** this action.

Dated this 19th day of January, 2017.

_____
Honorable Steven P. Logan
United States District Judge